**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Alencar Reis Andrade, Jr.,

Petitioner,

v.

John E Cantu, et al.,

Respondents.

No. CV-23-01462-PHX-DLR

**ORDER**

Before the Court is Petitioner Alencar Reis Andrade, Jr.'s Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) and United States Magistrate Judge Bibles' Report and Recommendation ("R&R") (Doc. 15). The R&R recommends that the Court deny and dismiss the petition as moot. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Neither party filed objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R in its entirety. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole

or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED** that the R&R (Doc. 15) is **ACCEPTED**.

**IT IS FURTHER ORDERED** Petitioner's petition (Doc. 1) is **DENIED** and **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **DENIED** because this case arises under 28 U.S.C. § 2241 and does not attack a state court detention or a federal criminal judgment or sentence.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to enter judgment accordingly and terminate this case.

Dated this 10th day of January, 2024.

Douglas L. Rayes
United States District Judge